# EXHIBIT A



FILED
KING COUNTY, WASHINGTON
JUN 05 2023
SUPERIOR COURT CLERK

_State_ of Washington
County of _King_

| | |
|---|---|
| and _Richard Lawrence_ Plaintiff, | No. **23-2-10192-8 KNT** |
| _marines Corps_ Defendant | SUMMONS (20 DAYS) |

TO THE DEFENDANT: A lawsuit has been started against you in the above entitled court by _Richard L_____, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

Summons - Page 1 of 2

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

Signed at (city) _Renton_, (state) _WA_ on (date) **APR 1 2 2023**.

Respectfully Submitted,

_[Signature]_
Signature

_Superior_ Court of Washington
County of _King_

No. **23-2-10192-8 KNT**

_Richard Lawrence_ Plaintiff(s),

v.

_Marines Corps_ Defendant(s).

COMPLAINT FOR _Misinform_

Publicly - I endured problems with myself (identity) problems with (Life) I don't have All the answers of what I went threw with And under Marines Corps/Military (Publicly) Trauma Shock Abusive engagments with others - defenseless At when verbal - held Against my will againsts others Under control by (others) racist CRimes against and on me Nothing military (has) explained A thing About me going through (Publicly) its A restraint to get the people off of me from getting their way (Publicly) I find people that Frustrating to have their lives in my (hands) I'm Afraid people who like the Military are (dishonest) with A circumstance with my life - Theres Alot of tempermental indifferences - Alot of unjust unwanted behaviors" rationally indifferent

Complaint - Page 1 of _2_

Conspirator/slander of unisex threatening to (my) Health - conspicuous part of (Reality) Very involuntarily Very invalidated ("Not human enough off") Blameless - invertible Changes in mood - inundating - inundant /nure exploiter of some sort "Traded upon" - publicly by others family wises and such. Very exploitative from some purpose Alot of ODD Coordinative with (persons/people/family in and outside (Home)

35 million

(Attach Additional Pages if Necessary and Number Them.)

Signed at Renton, [City] WA [State] on APR 12 2023 [Date].

Signature

Complaint - Page 2 of 2

(2)

IRS criminalized
smuggle/smuggling
racial intellect
racial intellection
racial intelligentsia
Constitutional displacement
Retail Racist
National discriminated
Always measured UP! TOO! be a
(Marine) publicly
difficile
diffidence
diffident
defiance
terminally ill language(s)
rageful
indecisive (manners)
unaccountable
Rights under Gods
Racist Oath
Messiah problems

① 

Damages of:    Kingly
my Name being followed under
the military Service(s) And
vice versa
reprimand damage
racist under their own logic
racist under Marine Support
ideology of its self
racially constitutional
big lie
racially constitutionally bigoted
bigotry
racially inhumane
racially immune
racially impact
racially a terrorist
racially impact as a family or
form of social terroristed "thinking"
A secert identity
A lot of pessimistically behavior
IRS Investment

① 

Military Damages/Under Military Rule
Investments
Anglo Saxon Problems
Treatment
Family Law Problem
Rules Slander Pinnacley
A lot of Military Rejection
Displacement alot
characterized/economy Problems
betrayel
discriminated from economy
Control
under evaluation
trouble regaining Con
racist At All times
Not Adult
trouble being myself
Washington environment Problems
Unhelpful People
loss of gratditude
stubborn bad Atittudes
A Hurried up enironment
No! words in Action
Quality of military A lie!
Outcasted
Capable of making Chances
Alot of Confinement
falsehood - false hearted

② 

false pretenses
false hood "marines"/"military"
lack of there of...
under controled temperment
eyed
Tempermental people problems
familistic Familiarity Damages
Too! much "Military" I'm not needed by
"falsify"
falsifiable of "military" (insurance)
Damage to and of My files to State and Country
falsity of "marines"
My Account to And under Marines"—
Travel exspensive damages under State And Military
"Marines"
Family Circle Problem
Health Risk
Famish
Threatful towards My Life under Marines Laws
Fanatical Problem
War of the Mentals
Military Process of the "Marine Corps"
Military involvement
reasons of not being understood
tamper with
tangential
Racially not recognized

(3)

Military "Rule Damages
racially set aside
Foreign
Policy damages under "Marines Corps"
fore-judging
fore knowing
forceful eating/behavior
A racist foreign outlook
criminal
injustice problems
Overly starred down-on
fixture of problems
racist dialect
perceptive problems
racist means
Very uninteresting of others
A stature of problems
vaguely represented
escorting no where
prophesied with
Military Administration
proposel of "Military Marines Packages"
Life insurance File damages
Under state pro purposes
Board of Marines
A lot of off Respect
propound
racially embrassed

(4)

| | |
|---|---|
| proprioception | / sacrilege |
| militarily over shadowing | / mental captivity (damages) |
| indecent | / contemn |
| incisive | / to contend |
| untreatable | / contentiously |
| untamable | / mentally obsessive |
| impresa | / mentally controlling |
| A lot of Bullyism | "disorder" |
| unaccounted for: | / belittling |
| Around people with No! sense of judgement | |
| just withHeld as judgement | / Alot of prejudice |
| torture language | selfishness |
| Always a Beating (mentally) | / Alot of self Abnegation |
| oil insane | / mentally awkward |
| very foreign | / republic problems: |
| foregnism | / occupationally a disaster |
| foregner | / human Rights violations |
| Damaged by their investments | / inciteful |
| Damaged of independence calendrical | / rebelliously turned |
| Assorted with (personally) | on |
| mildly taken seriously | / globalization changes |
| military manipulation | / esprit de corps |
| under some controlled "society"- | / public espionage |
| I'm treated as Scarce | / discouraging |
| Family nature damages | / Harassment |
| Always out for persuasion | |
| Very Pert | |