UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LAWRENCE,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES MARINE CORPS,<br><br>                    Defendant. | CASE NO. 2:24-cv-00204-RSL<br><br>ORDER VACATING INITIAL DISCLOSURE AND JOINT STATUS REPORT DEADLINES |

The Court, having reviewed the pleadings and materials in the case, it is hereby ORDERED that the deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 4) are hereby VACATED and will be reset if and when plaintiff provides a more definite statement of his claims.

Dated this 11th day of March, 2024.

*MrS Lasnik*
ROBERT S. LASNIK
United States District Judge