UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD LAWRENCE,

        Plaintiff,

    v.

UNITED STATES MARINE CORPS,

        Defendant.

CASE NO. 2:24-cv-00204-RSL

ORDER OF DISMISSAL

On February 20, 2024, the Court issued an order requiring plaintiff to file a more definite statement of his claims and the facts on which they are based. Dkt. # 5. Having reviewed, plaintiff's response (Dkt. # 8), the Court finds that plaintiff has filed to satisfy Federal Rule of Civil Procedure 8(a)(2) and has failed to allege facts giving rise to a plausible claim for relief. The above-captioned matter is hereby DISMISSED.

Dated this 22nd day of March, 2024.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1